NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT MELCHIOR (SBN 027677)
ROBERT S. MCWHORTER (SBN 226186)
PAUL A. HEMESATH (SBN 220467)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Of Counsel:
SHUGHART THOMSON & KILROY, P.C.
GEORGE E. LEONARD (MO #19145)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
Phone: (816) 421-3355
Fax: (816) 374-0509

Attorneys for Plaintiffs

FILED

JUL - 3 2006

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORN...

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| PIONEER MILITARY LENDING, INC., and PIONEER MILITARY LENDING OF NEVADA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>PRESTON DUFAUCHARD, Commissioner, Department of Corporations, State of California<br><br>Defendant. | Case no. 2:06-CV-01445-LKK-PAN<br>Hon: Lawrence Karlton<br><br>**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED** |

This matter came before this Court on Plaintiffs Pioneer Military Lending, Inc., and Pioneer Military Lending of Nevada, Inc.'s ("Plaintiffs") Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Be Issued (the "Motion"); this Court has reviewed the Motion and all papers filed

therewith;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** Defendant, Preston Dufauchard, Commissioner, Department of Corporations ("Defendant"), State of California, shall appear on July __13__, 2006 at __10:00__ .__a__ m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable __Lawrence K. Karlton__, located at 501 I Street, Sacramento, CA 95814 to show cause why Defendant, his officers, agents, servants, employees, and attorneys, and those in active concert or participation with him or them, should not be restrained and enjoined pending trial on this action from enforcing or taking any action to enforce the California Finance Lenders Law, Cal. Fin. Code § 22001 *et seq.*, against Plaintiffs and from enforcing, implementing, or making Commissioner's Release No. 57-FS (May 19, 2006) effective, thereby permitting Plaintiffs to operate pursuant to the terms of Defendants' Specific Ruling OP 6547CFLL, to the extent applicable thereto. Plaintiffs intend to call live witnesses to testify at this hearing.

**IT IS HEREBY FURTHER ORDERED THAT:**

1. Defendants' papers, in any, in response or opposition to this Order to Show Cause must be filed with the Clerk of this Court and personally served on Plaintiffs' counsel, Nossaman, Guthner, Knox & Elliott, LLP, 915 L Street, Ste. 1000, Sacramento, California 95814 Attention: Paul Hemesath, Esq., before __4:30__ p.m. on July __7__, 2006 and proof of service shall be filed no later than __7/10/06__.

2. Plaintiffs' reply papers, if any, must be filed with the Clerk of the Court and personally served on Defendant or Defendant's counsel before __4:30__ p.m. on July __10__, 2006 and proof of service shall be filed no later than __7/11/06__.

**IT IS HEREBY FURTHER ORDERED THAT** Defendant is hereby given notice that failure to attend the hearing scheduled herein shall result in the issuance of the requested preliminary injunction to take effect immediately upon expiration or

dissolution of the Temporary Restraining Order and the injunctive relief contained therein shall extend for the pendency of this litigation. Defendant is hereby given further notice that he shall be deemed to have actual notice of the issuance and terms of such preliminary injunction and any act by them in violation of any the terms hereof may be considered and prosecuted as contempt of this Court.

DATE: 7/3/2006

_____
DISTRICT COURT JUDGE

[Proposed] Order Prepared By:
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT MELCHIOR (SBN 027677)
ROBERT S. MCWHORTER (SBN 226186)
PAUL A. HEMESATH (SBN 220467)
915 L Street, Suite 1000
Sacramento, California 95814-3705

Of Counsel:
SHUGHART THOMSON & KILROY, P.C.
GEORGE E. LEONARD (MO #19145)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

By: /s/Paul H. Hemesath
    Attorney for Plaintiffs