NOSSAMAN GUTHNER KNOX & ELLIOTT, LLP
KURT MELCHIOR (SBN 027677)
ROBERT S. MCWHORTER (SBN 226186)
PAUL A. HEMESATH (SBN 220467)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

SHUGHART THOMSON & KILROY, P.C.
GEORGE E. LEONARD (MO #19145)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEER MILITARY LENDING, INC., and PIONEER MILITARY LENDING OF NEVADA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PRESTON DUFAUCHARD, Commissioner, Department of Corporations, State of California <br><br> Defendant. | Case no. 2:06-CV-01445-LKK-PAN <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** <br><br> Before: Hon. Lawrence K. Karlton <br><br> Date Action Filed: June 28, 2006 <br><br> Trial Date: (not yet set) |

In light of both parties' Interlocutory Appeals of the Court's July 21, 2006, Order and the parties' expectation that the Court of Appeal's decision will greatly impact if not totally control the final outcome of this controversy , the parties have agreed to request that the Court stay the discovery process until the Court of Appeals for the Ninth Circuit has ruled on the issues before it.

Accordingly, the parties hereby stipulate and request that the Court agree to continue the status conference, currently set for September 18, 2006, until January 8, 2007 at 2:00 p.m.

| | | |
|---|---|---|
| Dated: September 15, 2006 | By: | /s/ Paul A. Hemesath |

PAUL A. HEMESATH
Of
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
Attorneys for Plaintiffs
Pioneer Military Lending, Inc., and Pioneer Military Lending of Nevada, Inc.

Dated: September 15, 2006

PRESTON DuFAUCHARD
California Corporations Commissioner

By:    /s/ DOUGLAS M. GOODING

DOUGLAS M. GOODING
(CA BAR NO. 83518)
Senior Corporations Counsel

IT IS SO ORDERED.

DATED: September 15, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT