NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT MELCHIOR (SBN 027677)
ROBERT S. MCWHORTER (SBN 226186)
PAUL A. HEMESATH (SBN 220467)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

SHUGHART THOMSON & KILROY, P.C.
GEORGE E. LEONARD (MO #19145)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PIONEER MILITARY LENDING, INC., and PIONEER MILITARY LENDING OF NEVADA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PRESTON DUFAUCHARD, Commissioner, Department of Corporations, State of California <br><br> Defendant. | Case no. 2:06-CV-01445-LKK-EFB <br><br> **SECOND STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** <br><br> Before: Hon. Lawrence K. Karlton <br><br> Date Action Filed: June 28, 2006 <br><br> Trial Date: (not yet set) |

The parties in the above-captioned case hereby request a second continuance of the status conference currently scheduled for January 3, 2007.

After plaintiffs and defendant had each filed Notices of Appeal of the Court's July 21, 2006, Order, the parties have undertaken serious negotiations for settlement of this matter. To accommodate

1943335.1

PDF created with pdfFactory trial version www.pdffactory.com

1  the parties' negotiations, the parties have requested and received two continuances from the United
2  States Court of Appeals for the Ninth Circuit, extending the briefing schedule.
3       The parties expect that their continuing negotiations will resolve the entire controversy. Plaintiff
4  has filed an application for licensure under the California Finance Lenders Law (California Financial
5  Code §§ 22000 *et. seq.*) and defendant is currently processing that application. Even if the parties fail to
6  reach a negotiated settlement, the disposition of the pending appeal will greatly impact if not totally
7  control the final outcome of this controversy. Therefore, the parties have agreed to request that the
8  Court stay the discovery process until a settlement is formalized or the Court of Appeals for the Ninth
9  Circuit has ruled on the issues before it, whichever comes first.
10       Accordingly, the parties hereby stipulate and request that the Court agree to continue the status
11  conference, currently set for January 3, 2007, until June 4, 2007 at 2:00 p.m.

Dated: December 26, 2006

By:    /s/ Paul A. Hemesath
PAUL A. HEMESATH
Of
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
Attorneys for Plaintiffs
Pioneer Military Lending, Inc., and Pioneer
Military Lending of Nevada, Inc.

Dated: December 26, 2006

PRESTON DuFAUCHARD
California Corporations Commissioner

By:    /s/ DOUGLAS M. GOODING
DOUGLAS M. GOODING
(CA BAR NO. 83518)
Senior Corporations Counsel

IT IS SO ORDERED.

Dated: January 3, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com