NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT MELCHIOR (SBN 027677)
ROBERT S. MCWHORTER (SBN 226186)
PAUL A. HEMESATH (SBN 220467)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

SHUGHART THOMSON & KILROY, P.C.
GEORGE E. LEONARD (MO #19145)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PIONEER MILITARY LENDING, INC., and PIONEER MILITARY LENDING OF NEVADA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>PRESTON DUFAUCHARD,<br>Commissioner, Department of Corporations,<br>State of California<br><br>Defendant. | Case no. 2:06-CV-01445-LKK-PAN<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Before:         Hon. Lawrence K. Karlton<br>Action Filed:  June 28, 2006<br>Trial Date:    (Not Yet Set) |

    The parties in the above-captioned case hereby request a third continuance of the status conference currently scheduled for June 4, 2007.

    After plaintiffs and defendant had each filed Notices of Appeal of the Court's July 21, 2006, Order, the parties have undertaken serious negotiations for settlement of this matter. To accommodate the parties' negotiations, the parties have requested and received continuances from the United States Court of Appeals for the Ninth Circuit, extending the briefing schedule.

Case No. 2:06-CV-01445-LKK-PAN         -1-
**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties expect that their continuing negotiations will resolve the entire controversy.  Plaintiff has filed an application for licensure under the California Finance Lenders Law (California Financial Code §§ 22000 *et. seq.*) and defendant is currently processing that application.  Even if the parties fail to reach a negotiated settlement, the disposition of the pending appeal will greatly impact if not totally control the final outcome of this controversy.  Therefore, the parties have agreed to request that the Court stay the discovery process until a settlement is formalized or the Court of Appeals for the Ninth Circuit has ruled on the issues before it, whichever comes first.

Accordingly, the parties hereby stipulate and request that the Court agree to continue the status conference, currently set for June 4, 2007, until October 1, 2007 at 1:30 p.m.

Dated: May 24, 2007       By:    /s/  Paul A. Hemesath
                                  PAUL A. HEMESATH
                                  Of
                                  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
                                  Attorneys for Plaintiffs
                                  Pioneer Military Lending, Inc., and Pioneer
                                  Military Lending of Nevada, Inc.

Dated: May 24, 2007       PRESTON DuFAUCHARD
                          California Corporations Commissioner

                          By:    /s/ DOUGLAS M. GOODING
                                  DOUGLAS M. GOODING
                                  (CA BAR NO. 83518)
                                  Senior Corporations Counsel

IT IS SO ORDERED.

Dated: May 29, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com