NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT MELCHIOR (SBN 027677)
ROBERT S. MCWHORTER (SBN 226186)
PAUL A. HEMESATH (SBN 220467)
915 L Street, Suite 1000
Sacramento, California  95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

SHUGHART THOMSON & KILROY, P.C.
GEORGE E. LEONARD (MO #19145)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri  64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEER MILITARY LENDING, INC., and PIONEER MILITARY LENDING OF NEVADA, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PRESTON DUFAUCHARD, Commissioner, Department of Corporations, State of California<br><br>    Defendant. | Case no. 2:06-CV-01445-LKK-PAN<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br>Before:         Hon. Lawrence K. Karlton<br>Action Filed:   June 28, 2006<br>Trial Date:     (Not Yet Set) |

   The parties having so stipulated, the above-captioned case shall be DISMISSED WITH PREJUDICE regarding all claims.  Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: September 26, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order Prepared By:
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT MELCHIOR (SBN 027677)
ROBERT S. MCWHORTER (SBN 226186)
PAUL A. HEMESATH (SBN 220467)
915 L Street, Suite 1000
Sacramento, California 95814-3705


Of Counsel:
SHUGHART THOMSON & KILROY, P.C.
GEORGE E. LEONARD (MO #19145)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105


By:     /s/ Paul A. Hemesath
        Paul A. Hemesath
        Attorneys for
        Pioneer Military Lending, Inc., and

        Pioneer Military Lending of Nevada, Inc.